**Edgar CUNNINGHAM,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 69776.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 3, 1996.

S. Paige Canfield, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).